# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marks, Emily C. | U.S. District Court for the Middle District of Alabama | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
One Church Street
Montgomery, Alabama 36104

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed (staffing executive) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Joe Perkins | Hunt Fee | $595.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. ServisFirst (cash) | A | Interest | L | T | | | | | |
| 3. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 4. ServisFirst JobMarks, Inc. Operating Account (cash) | | None | M | T | | | | | |
| 5. ServisFirst JobMarks, Inc. Payroll Account (cash) | | None | K | T | | | | | |
| 6. Rapid-Paycard Account JobMarks, Inc. (cash) | | None | J | T | | | | | |
| 7. ServisFirst ZeldaMarks, LLC Cash Account (cash) | | None | K | T | | | | | |
| 8. JobMarks, Inc. | G | Dividend | M | U | | | | | |
| 9. Rental Property #1, Montgomery, Alabama | F | Rent | N | W | | | | | |
| 10. Account #1 (H) | | | | | | | | | |
| 11. Fidelity Government Cash Reserves Account (FDRXX) (cash equiv) (Y) | | | | | | | | | |
| 12. Fidelity Total Mkt Index Premium Cl (FSKAX) | B | Dividend | M | T | | | | | |
| 13. Fidelity Contrafund (FCNTX) | E | Dividend | M | T | Buy (add'l) | 03/17/20 | L | | |
| 14. Fidelity Strategic Dividend & Income (FSDIX) | B | Dividend | K | T | | | | | |
| 15. Amana Mutual Trust Fund Growth (AMAGX) | C | Dividend | L | T | | | | | |
| 16. Oakmark Intl Investor Cl (OAKIX) | | None | | | Sold | 06/19/20 | K | A | |
| 17. Janus Henderson Triton T (JATTX) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. MFS International Diversification Fd A (MDIDX) | A | Dividend | K | T | Buy | 06/23/20 | K | | |
| 19. Laudus International Marketmasters Inv Cl (SWOIX) | C | Dividend | L | T | | | | | |
| 20. Fidelity Total Bond (FTBFX) | B | Dividend | K | T | | | | | |
| 21. Loomis Sayles Bond Retail Shares (LSBRX) | A | Dividend | K | T | | | | | |
| 22. TCW Total Return Bond Class N (TGMNX) | A | Dividend | J | T | | | | | |
| 23. TCW Core Fixed Income Class N (TGFNX) | B | Dividend | K | T | | | | | |
| 24. Thompson Bond Fund (THOPX) | B | Dividend | K | T | | | | | |
| 25. Account #2 (H) | | | | | | | | | |
| 26. Fidelity Government Cash Reserves (FDRXX) (cash equiv) (Y) | | | | | | | | | |
| 27. Fidelity Low Priced Stock (FLPSX) | B | Dividend | J | T | | | | | |
| 28. Janus Henderson Triton T (JATTX) | A | Dividend | K | T | | | | | |
| 29. Fidelity US Bond Index Fund (FXNAX) | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 30. Account #3 (H) | | | | | | | | | |
| 31. Vanguard 500 Index Fund Adm (VFIAX) | B | Dividend | L | T | | | | | |
| 32. Account #4 (H) | | | | | | | | | |
| 33. Fidelity Government Cash Reserves (FDRXX) (cash equiv) (Y) | | | | | | | | | |
| 34. Fidelity Intl Enhanced Idex Fund (FIENX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Amana Mutual Fund Trust Growth (AMAGX) | B | Dividend | K | T | | | | | |
| 36. Fidelity US Bond Index Fund (FXNAX) | A | Dividend | K | T | Buy | 01/09/20 | K | | |
| 37. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | | | | | |
| 38. Pimco Income Fund Cl A (PONAX) | A | Dividend | J | T | | | | | |
| 39. Account #5 (H) | | | | | | | | | |
| 40. Fidelity Government Cash Reserves (FDRXX) (cash equiv) (Y) | | | | | | | | | |
| 41. Fidelity Contrafund (FCNTX) | D | Dividend | M | T | | | | | |
| 42. Artisan Internatl Investor Class (ARTIX) | A | Dividend | K | T | | | | | |
| 43. Fidelity US Bond Index Fund (FXNAX) | B | Dividend | L | T | Buy | 01/09/20 | L | | |
| 44. Account #6 (H) | | | | | | | | | |
| 45. Fidelity Government Cash Reserves (FDRXX) (cash equiv) | A | Dividend | J | T | | | | | |
| 46. Fidelity 500 Index Fund (FXAIX) | A | Dividend | K | T | Buy (add'l) | 03/17/20 | J | | |
| 47. Amana Mutual Fund Trust Growth (AMAGX) | B | Dividend | K | T | | | | | |
| 48. Artisan Internatl Investor Class (ARTIX) | A | Dividend | K | T | | | | | |
| 49. Janus Henderson Triton T (JATTX) | B | Dividend | K | T | | | | | |
| 50. Fidelity US Bond Index Fund (FXNAX) | C | Dividend | M | T | Buy | 01/09/20 | M | | |
| 51. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Floating Rate Advantage Cl A (EAFAX) | A | Dividend | K | T | | | | | |
| 53. Janus Henderson Short-Term Bond T (JASBX) | A | Dividend | K | T | | | | | |
| 54. Pimco Income Fund Cl A (PONAX) | A | Dividend | K | T | | | | | |
| 55. Thompson Bond Fund (THOPX) | B | Dividend | K | T | | | | | |
| 56. Account #7 (H) | | | | | | | | | |
| 57. Fidelity Government Money Market Fund (SPAXX) (cash equiv) | A | Dividend | N | T | | | | | |
| 58. Fidelity 500 Index Fund (FXAIX) | D | Dividend | O | T | Buy (add'l) | 07/13/20 | J | | |
| 59. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 60. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 61. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 62. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 63. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 64. Fidelity Small Cap Index Fund (FSSNX) | B | Dividend | M | T | | | | | |
| 65. Fidelity Mid Cap Index Fund (FSMDX) | D | Dividend | M | T | | | | | |
| 66. OakMark Intl Investor Cl (OAKIX) | | None | | | Sold | 06/19/20 | L | | |
| 67. MFS Internatioal Diversification FD A (MDIDX) | B | Dividend | M | T | Buy (add'l) | 06/23/20 | L | | |
| 68. Vanguard Health Care Investor (VGHCX) | C | Dividend | K | T | Sold (part) | 10/19/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity US Bond Index Fund (FXNAX) | C | Dividend | M | T | Buy | 01/09/20 | M | | |
| 70. BlackRock Strategic Muni Opprotunities A (MEMTX) | B | Dividend | L | T | | | | | |
| 71. Account #8 (H) | | | | | | | | | |
| 72. Accenture PLC (ACN) | A | Dividend | J | T | | | | | |
| 73. Chubb Ltd (CB) (Y) | | | | | | | | | |
| 74. AT&T Inc (T) (Y) | | | | | | | | | |
| 75. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 76. Abbvie Inc. (ABBV) | A | Dividend | J | T | | | | | |
| 77. Adobe Inc Com (ADBE) | | None | J | T | | | | | |
| 78. Advanced Micro Devices Inc (AMD) (X) | | None | J | T | | | | | |
| 79. Alphabet Inc Cl C (GOOG) | | None | J | T | Buy (add'l) | 03/04/20 | J | | |
| 80. | | | | | Sold (part) | 04/06/20 | J | | |
| 81. Alphabet Inc Cl A (GOOGL) | | None | J | T | Buy (add'l) | 03/04/20 | J | | |
| 82. Amazon.Com Inc (AMZN) | | None | J | T | Buy (add'l) | 03/04/20 | J | | |
| 83. Amgen Inc (AMGN) (X) | A | Dividend | J | T | | | | | |
| 84. Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 85. Applied Materials Inc Com (AMAT) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Bank of America Corp (BAC) | A | Dividend | J | T | Sold | 04/06/20 | J | | |
| 87. | | | | | Buy | 05/06/20 | J | | |
| 88. Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | J | T | Sold (part) | 04/06/20 | J | | |
| 89. | | | | | Sold | 05/06/20 | J | | |
| 90. | | | | | Buy | 06/16/20 | J | | |
| 91. Blackrock Inc Com (BLK) (X) | A | Dividend | J | T | | | | | |
| 92. Boeing Co Com US (BA) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 93. | | | | | Sold (part) | 03/04/20 | J | | |
| 94. Booking Hldgs Inc Com (BA) | | None | | | Buy | 02/27/20 | J | | |
| 95. | | | | | Sold | 04/06/20 | J | | |
| 96. Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 97. Broadcom Inc (AVGO) | A | Dividend | J | T | | | | | |
| 98. Charter Communications Inc (CHTR) (X) | | None | J | T | | | | | |
| 99. Chevron Corp New Com (CVX) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 100. Cisco Sys Inc Com (CSCO) | A | Dividend | J | T | Sold | 02/27/20 | J | | |
| 101. | | | | | Buy | 04/06/20 | J | | |
| 102. Citigroup Inc (C) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Coca Cola Co (KO) | A | Dividend | J | T | | | | | |
| 104. Comcast Corp New Cl A (CMCSA) | A | Dividend | J | T | | | | | |
| 105. Costco Corp (COST) | A | Dividend | J | T | | | | | |
| 106. Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 107. Disney Walt Co (DIS) | A | Dividend | J | T | | | | | |
| 108. Emerson Electric Co (EMR) (X) | A | Dividend | J | T | | | | | |
| 109. Exxon Mobil (XOM) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 110. | | | | | Sold | 09/24/20 | J | | |
| 111. | | | | | Buy | 10/27/20 | J | | |
| 112. Facebook Inc Com (FB) | | None | J | T | | | | | |
| 113. First Republic Bank San Francisco Com (FRC) (X) | A | Dividend | J | T | | | | | |
| 114. General Electric Co. (GE) (Y) | | | | | | | | | |
| 115. General Motors Co Com (GM) (X) | | None | J | T | | | | | |
| 116. Global Payments Inc (GRN) (X) | | None | J | T | | | | | |
| 117. Home Depot Inc Com (HD) | A | Dividend | J | T | | | | | |
| 118. Honeywell International Inc. COM USD1 (HON) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 119. Intel Corp (INTC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Intl Business Mach (IBM) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 121.  Intuit.com (INTU) | A | Dividend | J | T | | | | | |
| 122.  JP Morgan Chase & Co. (JPM) | A | Dividend | J | T | Sold | 04/06/20 | J | | |
| 123. | | | | | Buy | 05/06/20 | J | | |
| 124.  Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 125.  Lam Research Corp Com (LRCX) (X) | A | Dividend | J | T | | | | | |
| 126.  Eli Lilly and Co. (LLY) | A | Dividend | J | T | | | | | |
| 127.  Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 128.  MSCI Inc Com (MSCI) (X) | A | Dividend | J | T | | | | | |
| 129.  Mastercard Incorporated Cl A (MA) | A | Dividend | J | T | | | | | |
| 130.  McDonalds Corp (MCD) (Y) | | | | | | | | | |
| 131.  Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 132.  Mettler-Toledo International Inc (MTD) (X) | | None | J | T | | | | | |
| 133.  Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 134.  Micron Technology (MU) | | None | J | T | | | | | |
| 135.  Mondelez Intl. Inc. (MDLZ) | A | Dividend | J | T | | | | | |
| 136.  Moodys Corp Com (MCO) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Netflix Com Inc Com (NFLX) | | None | J | T | | | | | |
| 138. Nike Inc. (NKE) | A | Dividend | J | T | | | | | |
| 139. Northrop Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 140. Nvidia Corp (NVDA) (X) | A | Dividend | J | T | | | | | |
| 141. Oracle Corp Com (ORCL) (Y) | | | | | | | | | |
| 142. Paypal Hldgs Inc Com (PYPL) | | None | J | T | | | | | |
| 143. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 144. Pfizer Inc (PFE) | A | Dividend | J | T | Sold | 02/27/20 | J | | |
| 145. | | | | | Buy | 04/06/20 | J | | |
| 146. Procter & Gamble Co Com (PG) | A | Dividend | J | T | | | | | |
| 147. Prudential Financial Inc (PRU) (X) | A | Dividend | J | T | | | | | |
| 148. Qualcomm Inc (QCOM) (X) | A | Dividend | J | T | | | | | |
| 149. Regions Financial Corp New Com (RF) (X) | A | Dividend | J | T | | | | | |
| 150. S&P Global Inc Com (SPGI) (X) | A | Dividend | J | T | | | | | |
| 151. SVB Financial Group Com (SIVB) (X) | | None | J | T | | | | | |
| 152. Salesforce Com Inc (CRM) | | None | J | T | | | | | |
| 153. Schlumberger Limited (SLB) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Southern Co (SO) (Y) | | | | | | | | | |
| 155.  Starbucks (SBUX) | A | Dividend | J | T | | | | | |
| 156.  Stryker Corp (SYK) (Y) | | | | | | | | | |
| 157.  Target (TGT) | A | Dividend | J | T | | | | | |
| 158.  Tesla Inc Com (TSLA) (X) | | None | J | T | | | | | |
| 159.  Texas Instruments (TXN) (Y) | | | | | | | | | |
| 160.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 161.  3M Co (MMM) (X) | A | Dividend | J | T | | | | | |
| 162.  US Bancorp (USB) (Y) | | | | | | | | | |
| 163.  Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 164.  United Technologies Corp Com (UTX) (Y) | | | | | | | | | |
| 165.  Unitedhealth Group (UNH) | A | Dividend | J | T | | | | | |
| 166.  Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 167.  Visa Inc Com Cl A (V) | A | Dividend | J | T | | | | | |
| 168.  Walmart Inc Com (WMT) | A | Dividend | J | T | | | | | |
| 169.  Wells Fargo Co New Com (WFC) | | None | | | Sold | 03/04/20 | J | | |
| 170.  American Towers Corp. (AMT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Prologis Inc Com (PLD) (X) | A | Dividend | J | T | | | | | |
| 172. Account #9 (H) | | | | | | | | | |
| 173. Federated Hermes Cap Reserves (cash) (X) | A | Interest | J | T | | | | | |
| 174. Infimary Health Sys Spl Care Facs Fing Auth Mob Ala ▮▮▮ | A | Interest | | | Redeemed | 02/03/20 | K | | |
| 175. Prattville Ala Wtr Wks Brd Wtr Rev Bds 2018 ▮▮▮ | A | Interest | K | T | | | | | |
| 176. Troy Ala Pub Edl Bldg Auth Edl Facs Rev Educ Fac ▮▮▮ | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 177. Account #10 (H) | | | | | | | | | |
| 178. Alabama's 529 Vanguard Age-Based Aggressive Portfolio 9-10 | | None | | | Sold | 05/06/20 | M | | |
| 179. Alabama's 529 Vanguard Age-Based Aggressive Portfolio 11-12 | | None | M | T | Buy | 05/06/20 | M | | |
| 180. Account #11 (H) | | | | | | | | | |
| 181. Alabama's 529 Vanguard Age-Based Aggressive Portfolio | | None | M | T | | | | | |
| 182. Account #12 (H) | | | | | | | | | |
| 183. Fidelity Contrafund (FCNTX) | D | Dividend | M | T | Buy (add'l) | 03/17/20 | K | | |
| 184. Fidelity Low Priced Stock (FLPSX) | B | Dividend | J | T | Sold (part) | 01/23/20 | K | D | |
| 185. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Buy (add'l) | 01/31/20 | J | | |
| 186. Account #13 (H) | | | | | | | | | |
| 187. Fidelity Contrafund (FCNTX) | D | Dividend | M | T | Buy (add'l) | 01/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/17/20 | K | | |
| 189. Fidelity Low Priced Stock (FLPSX) | A | Dividend | J | T | Sold (part) | 01/23/20 | K | B | |
| 190. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emily C. Marks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544